IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEBRA BEARD                                                                                          PLAINTIFF

vs.                                            Civil No. 4:23-cv-04068

MARTIN O'MALLEY                                                                                  DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 17th day of April 2024, in accordance with the Memorandum Opinion entered in the above-styled case on today's date and **GRANTS** the Defendant's Unopposed Motion to Reverse and Remand. ECF No. 22. The decision of the Commissioner of Social Security is reversed, and this matter is remanded to the Commissioner pursuant to sentence four, 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable," i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED AND ADJUDGED**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES JUDGE